UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| THOMAS R. BURTON | ) |
| Plaintiff, | ) |
| v. | ) No. 3:13-0034 |
|  | ) Chief Judge Haynes |
| NATIONAL COLLEGE OF | ) |
| TENNESSEE, INC. | ) |
| Defendant. | ) |

## MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

*[Handwritten annotation: ORDER — This motion is GRANTED. The conference is reset for April 5, 2013 at 10:00 am. /s/ [Judge] 2-11-13]*

Plaintiff moves the Court to Continue the Initial Case Management Conference from its present setting of March 15, 2013, for the reasons stated hereafter.

The Defendant was served on January 22nd. A copy of the Courts Order resetting the case management conference was mailed to the agent for service of process. No responsive pleading has been filed as of the filing of this motion and no party has entered an appearance. For this reason Counsel for the Plaintiff is unable to confer with anyone on the Defendants behalf. Counsel for the Plaintiff has been scheduled for some time to be out of town beginning March 14 returning on March 18 and would request that the conference be reset.

Submitted this 8th day of February, 2013.